

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 7, 2020

**BY EMAIL**

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Lavaughn Campbell and Kleon Murray*, 20 Mag. 4530

Dear Judge Smith:

    The complaint and arrest warrants in the above-referenced case were originally filed under seal. On May 5, 2020, defendants Lavaughn Campbell and Kleon Murray were arrested and a presentment was held. As a result, the Government respectfully requests that the Court unseal the complaint and arrest warrants.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    /s/ Derek Wikstrom
    Derek Wikstrom
    Assistant United States Attorney
    Tel: (914) 993-1946

SO ORDERED:

*[signature: Lisa Margaret Smith]*

_____
HONORABLE LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE